IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUSTIN SCOTT SCHIMPF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM C. BOSWORTH, *et al.*, | ) |
| | ) |
| Defendants | ) Civil Action No. 3:20-CV-0036-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's claims should be dismissed as either being barred by immunities or currently barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's complaint and all claims therein are hereby **DISMISSED** as either being barred by certain immunities or being barred under *Heck v. Humphrey*.

SO ORDERED this 10th day of March, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file any objections and the time to do so has now expired.